
FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
NOV 2 0 2024
BY ___JM___
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:24-cr-00209 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924 |
| | ) | 18 U.S.C. § 924(c)(1) |
| CORDELL CLARK | ) | 21 U.S.C. § 841(a)(1) |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about July 8, 2024, in the Middle District of Tennessee, the defendant, **CORDELL CLARK**, knowingly and intentionally possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance; a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about July 8, 2024, in the Middle District of Tennessee, the defendant, **CORDELL CLARK,** did knowingly possess a firearm in furtherance of a drug trafficking crime for which he

may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about July 8, 2024, in the Middle District of Tennessee, the defendant, **CORDELL CLARK**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Kimber Manufacturing Inc. model Micro 9 caliber 9mm pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

_____
FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

JOSHUA A. KURTZMAN
ASSISTANT UNITED STATES ATTORNEY