UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-cr-00209 |
| | ) | |
| | ) | JUDGE FRENSLEY |
| CORDELL CLARK | ) | |

**UNITED STATES' MOTION FOR DETENTION HEARING
AND FOR DETENTION OF THE DEFENDANT**

COMES NOW the United States of America by Robert E. McGuire, United States Attorney, and Joshua A. Kurtzman, Assistant United States Attorney, and moves this Court for a detention hearing and for detention of the Defendant in this matter. Federal law holds that "the judicial officer shall hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government or upon the judicial officer's own motion in a case, that involves…any felony…that involves the possession of or use of a firearm." 18 U.S.C. § 3142(f)(1)(E). The Indictment alleges that the Defendant possessed a firearm in violation of 18 U.S.C. § 922(g)(1), which is a felony. Moreover, the Defendant also possessed a distribution-level amount of fentanyl when he was arrested with the firearm.

The Government would also submit that the Defendant was on federal supervised release for a previous firearms offense at the time of the instant offense. The United States submits that the Defendant has previously ignored court ordered conditions in the past and, therefore, the Court can have no confidence that the Defendant would abide by whatever condition or set of conditions this Court would order.

The United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.

                                            Respectfully submitted,

                                            ROBERT E. MCGUIRE
                                            Acting United States Attorney

By:     */s/ Joshua A. Kurtzman*
        AUSA JOSHUA A. KURTZMAN
        Assistant U.S. Attorney
        719 Church Street – Suite 3300
        Nashville, Tennessee 37203

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via CM/ECF on January 9, 2025.

                                          */s/ Joshua A. Kurtzman*
                                          AUSA JOSHUA A. KURTZMAN